Mueller Grain Company, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 6,570.

Action against a carrier to recover for damage to corn caused by delay in transit. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1918. Affirmed on remittitur. Opinion filed October 10, 1918. Niehaus, J., took no part.

Graham & Graham and Jack, Irwin & Jack, for appellant; Charles R. Webber, Morrison R. Waite and William A. Eggers, of counsel. Clarence W. Heyl and Harry C. Heyl, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

E. B. Conover et al., appellees, v. Vandalia Railroad Company, appellant. Gen. No. 6,571.

Action against a carrier to recover for damage to corn caused by delay in transit. Judgment for plaintiffs. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1918. Affirmed on remittitur. Opinion filed October 10, 1918. Niehaus, J., took no part.

Page, Hunter & Page and Graham & Graham, for appellant; Charles R. Webber, Morrison R. Waite and William A. Eggers, of counsel. H. L. Child, for appellees; Wilson, Warren & Child and Heyl & Heyl, of counsel.

Mr. Justice Carnes delivered the opinion of the court.

---

Nellie L. Francis et al., appellees, v. A. B. Sheadle et al., appellants. Gen. No. 6,549.

Bill to construe a will to determine whether legatees took personalty absolutely or for life only. Appeal from the Circuit Court of Ogle county; the Hon. Richard S. Farrand, Judge, presiding. Heard in this court at the April term, 1918. Reversed in part, affirmed in part and remanded with directions. Opinion filed October 10, 1918. Certiorari denied by Supreme Court (making opinion final).

J. C. Seyster and C. E. Gardner, for appellants. Henry C. Warner, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.

---

F. H. Hooker, sheriff of Knox county, appellee, v. C. D. Briggs, appellant. Gen. No. 6,584.

Trover by sheriff to recover value of property sold as to levy on execution. Judgment for plaintiff. Appeal from the Circuit Court of Knox county; the Hon. George W. Thompson, Judge, presiding. Heard in this court at the April term, 1918. Reversed and remanded. Opinion filed October 10, 1918.

Marsh & Rice, for appellant. Welsh & Zetterholm, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.